UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TEMEKIA MORRIS,**

      **Plaintiff,**

**v.**                                        **Case No.:**

**ARBOR CAPITAL PARTNERS, LLC,**
**d/b/a HARDEE'S # 1500981, a**
**Florida Limited Liability Company,**

      **Defendant.**

_____/

**DEFENDANT'S NOTICE OF FILING REMOVAL**

Defendant, Arbor Capital Partners, LLC, d/b/a Hardees # 1500981, hereby gives notice of filing its Notice of Removal in the above-styled action from the Circuit Court of the Fifth Judicial Circuit, in and for Sumter County, Florida, to this Court. Removal is proper on the following grounds:

1. Plaintiff, Temekia Morris filed her complaint in the Circuit Court of the Fifth Judicial Circuit, in and for Sumter County, Florida, on December 18, 2023.

2. On December 28, 2023, Defendant was served with the complaint.

3. Plaintiff's complaint alleges that Defendant discriminated and retaliated against her on the basis of her race, in violation of Civil Rights Act of

1866, 42 U.S.C. § 1981 ("1981").

4.     Removal of this action is proper under 28 U.S.C. § 1441 because the Court would have original jurisdiction over 1981 claims because those claims would be claims that arise under laws of the United States. See also 28 U.S.C. § 1331.

5.     Venue is proper in this Court under 28 U.S.C. § 1391(b).

6.     Defendant will file simultaneously all pleadings filed to date with the Fifth Judicial Circuit Court as required by the Federal Rules of Civil Procedure.

Respectfully submitted this 17th day of January, 2024.

/s/ Christopher M. Bentley
Christopher M. Bentley
Florida Bar No. 0052616
LEAD COUNSEL
Meaghan K. Maus
Florida Bar No. 1006137
JOHNSON JACKSON PLLC
100 N. Tampa St., Suite 2310
Tampa, Florida 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
E-mail: cbentley@johnsonjackson.com
mmaus@johnsonjackson.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF on this 17th day of January, 2024, which will send a notice of electronic filing to the following:

Daniel H. Hunt
dhuntlaw@gmail.com
Attorney for Plaintiff

/s/ Christopher M. Bentley
Attorney