**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TEMEKIA MORRIS,

      Plaintiff,

v.                                                          Case No: 5:24-cv-30-JSM-PRL

ARBOR CAPITAL PARTNERS, LLC,

      Defendant.

_____

ORDER

      The Court has been advised via a Mediation Report (Dkt. 20) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.09(b), it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida, this 14th day of January, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record